

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Michelle Dimmitt,

\* From the 220th District
Court of Comanche County,
Trial Court No. CCCV-10-14910.

Vs. No. 11-12-00129-CV

\* June 26, 2014

Brookshire Grocery Company
d/b/a Brookshire's and
Superior Sanitation, Inc.

\* Memorandum Opinion by Wright, C.J.
Concurring Memorandum Opinion by
Willson, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the orders of the trial court in which it granted summary judgment in favor of Superior Sanitation, Inc. and Brookshire and dismissed Michelle Dimmitt's claims. We remand the cause to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed against Brookshire Grocery Company d/b/a Brookshire's and Superior Sanitation, Inc.